07/57m

## Violation Notice

**Violation Number:** R 3162827
**Officer Name (Print):** Michael L. Brown
**Officer No:** DE 10 / 6986Y

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

**Date and Time of Offense (mm/dd/yyyy):** 01-Apr-2007 1600 hrs
**Offense Charged:** ☐ CFR ☐ USC ☒ State Code — DE Title 11, Sec 840
**Place of Offense:** Bldg 266, Dover AFB, DE 19902
**Offense Description:** DE Title 11: Section 840 / shoplifting

### DEFENDANT INFORMATION

**Last Name:** Belur
**First Name:** Barbara
**MI:** D
**Phone:** 2
**Street Address:** [redacted]
**City:** Dover
**State:** DE
**Zip Code:** 19904
**Driver's License No:** [redacted]
**D.L. State:** DE
**Social Security No:** [redacted]
**Date of Birth:** [redacted]

☒ Adult ☐ Juvenile  **Sex:** ☒ Male ☐ Female  **Hair:** BK  **Eyes:** BR  **Height:** 70" / 5'11"  **Weight:** 197 lbs

### VEHICLE DESCRIPTION

**Tag No:** HP7879
**State:** DE
**Year:** 93
**Make/Model:** Lincoln
**VIN:** 1LNLM81W8PY714128
**Color:** Red

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)
**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW, OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**PAY THIS AMOUNT →**
Forfeiture Amount: $
+ $25 Processing Fee: $
Total Collateral Due: $

### YOUR COURT DATE

(if no court appearance date is shown you will be notified of your appearance date by mail)

**Court Address:** Federal Bldg, US District Court, 844 King Street, Wilmington, DE 19801
**Date (mm/dd/yyyy):** ____  **Time (hh:mm):** ____

X **Defendant Signature:** [signature]

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

REDACTED

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on ____ 20 ____ while exercising my duties as a law enforcement officer in the ____ District of ____

The foregoing statement is based upon
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on ____
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on ____
Date (mm/dd/yyyy)    US Magistrate Judge

CVR Scan 8/17/2007 13:42:00