IN THE UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA : | | |
| Plaintiff, | : | |
| v. | : | VIOLATION NOTICE NO. R 3162827 |
| Norberto D. Geluz | : | 07-157M |
| Defendant. | : | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for  Norberto D. Geluz  .

                                                COLM F. CONNOLLY
                                                United States Attorney

BY: _____
         NICHOLAS D. CARTER, Captain, USAF
         Special Assistant United States Attorney

DATE: November 14, 2007

**IT IS SO ORDERED** this 14th day of November 2007.

FILED
NOV 14 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
HONORABLE LEONARD P. STARK
United States Magistrate Judge